STATE v. JEETER

No. 54 PC.

Case below: 32 N.C. App. 131.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. KENNEDY

No. 53 PC.

Case below: 32 N.C. App. 234.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. McCOY

No. 26 PC.

Case below: 31 N.C. App. 524.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.

STATE v. MARSHALL

No. 49 PC.

Case below: 30 N.C. App. 751.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 March 1977.

STATE v. SNYDER

No. 12 PC.

Case below: 31 N.C. App. 745.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.